UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN STEVEN, SEAN MUNGIN and DEVONNE MCMORRIS, on behalf of themselves, all others similarly situated, and the general public,<br><br>        Plaintiffs,<br><br>    v.<br><br>CARLOS LOPEZ & ASSOCIATES, LLC, CARLOS LOPEZ, individually,<br><br>        Defendant. | Case No.: 18-cv-6500 |

## PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that, upon the Declaration of Abraham Z. Melamed, Esq., dated June 14, 2019, and the exhibits annexed thereto; and Plaintiffs' Memorandum of Law in Support of its Motion for Preliminary Approval of Class Action Settlement, dated June 14, 2019, and upon all other pleadings and proceedings heretofore had herein, Plaintiffs will move this Court, before the Honorable Jesse M. Furman, United States District Judge, Southern District of New York, at the courthouse thereof, located at 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order and judgment, (1) preliminarily approving the terms of the Settlement as within the range of fair, adequate, and reasonable; (2) provisionally certifying the Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only; (3) approving the Notice Program set forth herein

1

and approving the form and content of the Notice; (4) approving the procedures set forth in Section VII for Settlement Class Members to exclude themselves from the Settlement Class or to object to the Settlement; (5) staying the Action pending Final Approval of the Settlement; (6) staying and/or enjoining, pending Final Approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and (7) scheduling a final approval hearing for a time and date mutually convenient for the Court, Class Counsel, and counsel for CLA, at which the Court will conduct an inquiry into the fairness of the Settlement, determine whether it was made in good faith and should be finally approved, and determine whether to approve Class Counsel's application for attorneys' fees, costs, and expenses, and for Service Awards (the "Final Approval Hearing").

DATED:   Los Angeles, California
         June 14, 2019

                                                           DEREK SMITH LAW GROUP, PLLC
*Attorneys for Plaintiff*
By: /s/ Abe Melamed
Abraham Z. Melamed, Esq.
1 Penn Plaza, Suite 4905
New York, NY 10119
(212) 587-0760