UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN STEVEN, SEAN MUNGIN and DEVONNE MCMORRIS, on behalf of themselves, all others similarly situated, and the general public,<br><br>        Plaintiffs,<br><br>    v.<br><br>CARLOS LOPEZ & ASSOCIATES, LLC, CARLOS LOPEZ, individually,<br><br>        Defendant. | Case No.: 18-cv-6500 |

## AFFIRMATION OF ABRAHAM Z. MELAMED, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT

  I, Abraham Z. Melamed, Esq., declare, under penalty of perjury, that the following is true and correct:

  1. I am an attorney with the Derek Smith Law Group, PLLC, attorneys for the Plaintiffs and proposed class in the above-captioned action.

  2. This Declaration is submitted in support of Plaintiff's motion for preliminary approval of the class action settlement.

  3. This Declaration is based upon the entire record in this case, including documents produced by the Plaintiff and Defendants in this action.

  4. All of the following are submitted in support of Plaintiffs' and the proposed class's motion for preliminary approval.

Exhibit A.   A true and correct copy of the fully executed settlement agreement, along with attachments Exhibit 1 and Exhibit 2 to the agreement.

Exhibit B.   A true and correct copy of the Proposed Notice of Class Action Settlement.

Exhibit C.   A true and correct copy of the Proposed Order Approving Plaintiffs' Unopposed Motion For Preliminary Approval of Class Action Settlement.

DATED:   Los Angeles, California
         June 14, 2019

                                          DEREK SMITH LAW GROUP, PLLC
                                          *Attorneys for Plaintiff*
                                           By:  /s/ Abe Melamed
                                          Abraham Z. Melamed, Esq.
                                          1 Penn Plaza, Suite 4905
                                          New York, NY 10119
                                          (212) 587-0760