UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN STEVEN, SEAN MUNGIN and DEVONNE MCMORRIS, on behalf of themselves, all others similarly situated, and the general public,<br><br>        Plaintiffs,<br><br>   v.<br><br>CARLOS LOPEZ & ASSOCIATES, LLC, CARLOS LOPEZ, individually,<br><br>        Defendant. | Case No.: 18-cv-6500 |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that, upon the Declaration of Abraham Z. Melamed, Esq., dated October 8, 2019, and the exhibits annexed thereto; and Plaintiffs' Memorandum of Law in Support of its Unopposed Motion for Final Approval of Class Action Settlement, dated October 8, 2019, and upon all other pleadings and proceedings heretofore had herein, Plaintiffs will move this Court, before the Honorable Jesse M. Furman, United States District Judge, Southern District of New York, at the courthouse thereof, located at 40 Foley Square, New York, New York 10007, on November 14, 2019, for a final order and judgment approving the terms of the Settlement herein.

DATED:  Los Angeles, California
      October 8,  2019

                             DEREK SMITH LAW GROUP, PLLC
                             *Attorneys for Plaintiff*

By: /s/ Abe Melamed
Abraham Z. Melamed, Esq.
1 Penn Plaza, Suite 4905
New York, NY 10119
(212) 587-0760