```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROBIN STEVEN et al.,                                              :
                                                                  :
                              Plaintiffs,                         :    18-CV-6500 (JMF)
                                                                  :
              -v-                                                 :
                                                                  :           ORDER
CARLOS LOPEZ & ASSOCIATES, LLC, and                               :
CARLOS LOPEZ, individually,                                       :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record at today's fairness hearing, by **Wednesday, November 20, 2019**, Plaintiffs shall submit a letter limited to the question of what the Court should do if it concludes that it lacks subject matter jurisdiction for lack of standing — that is, whether the Court should do something other than deny the motion for approval of the settlement (and for fees) and dismiss the case without prejudice for lack of jurisdiction. Plaintiffs are reminded that they may not use the letter as an opportunity to address the issue of standing itself.

    SO ORDERED.

Dated: November 14, 2019
       New York, New York
                                       JESSE M. FURMAN
                                 United States District Judge